# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**,

        Plaintiff,

  v.

**Timothy Marusic**,

        Defendant.

  and,

**Bank of America**,

        Garnishee.

CIVIL NO. **6:12-CV-00270**

ORDER/APPLICATION FOR WRIT OF GARNISHMENT

     The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Timothy Marusic**, ("Defendant") Social Security Number **XXX-XX-8346**, whose last known address is: **55 Center St Little Falls, NY 13365** in the above cited action in the amount of **$$38,991.46**, plus interest at the rate of **.18%**% from **7/27/2012**, until paid, together with costs. A balance of **$$39,408.23** remains outstanding. Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

     The Garnishee, **Bank of America**, is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

     The name and address of the Garnishee or Garnishee's authorized agent is:

    **Bank of America**
    **5701 Horatio St**
    **Utica, NY 13502**

Dated this 9th day of July, 2018.

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

*[signature]*

IT IS SO ORDERED:

*[signature]*
Andrew T. Baxter
U.S. Magistrate Judge

Dated: July 16, 2018
       Syracuse, NY